

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00314-CV

CEVA LOGISTICS U.S., INC. AND CEVA FREIGHT, LLC, Appellants

V.

ACME TRUCK LINE, INC., Appellee

Appeal from the 129th District Court of Harris County. (Tr. Ct. No. 2010-39403).

**TO THE 129TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 29th day of September 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After inspecting the record of the court below, the Court holds that it lacks jurisdiction over this appeal. Accordingly, the Court **dismisses** the appeal.
>
> The Court **orders** that the appellants, CEVA Logistics U.S., Inc. and CEVA Freight, LLC, jointly and severally, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered September 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 11, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

